FILED

DEC 20 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN CICERO HUGHES,<br><br>Defendant. | CR 18–38–M–DLC<br><br>ORDER |

The Court certifies that all records pertaining to the physical and/or mental health of Defendant John Cicero Hughes are required by the United States District Court for the District of Montana to assist sentencing in the above-captioned matter, satisfying the requirements of 38 U.S.C. § 5701(b)(2) and (3). The Court recognizes that these records are protected by 38 U.S.C. § 5701, which permits disclosure of the requested information "[w]hen required by process of a United States court to be produced in any suit or proceeding therein pending" and "[w]hen required by any . . . agency of the United States Government." 38 U.S.C. § 5701(b)(2) and (3).

The Court further certifies that the information will be used only for purposes authorized by 38 U.S.C. § 5701(b)(2) and (3), and it will not be used for any other purpose other than stated in this request. The Court authorizes Ashley

-1-

Hunter, United States Probation Officer, to act as authorized representative of the Court for purposes of requesting and maintaining all necessary records.

DATED this 20th day of December, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court