UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-18-038-M-DLC |
| Plaintiff, | |
| vs. | ORDER |
| JOHN CICERO HUGHES, | |
| Defendant. | |

IT IS ORDERED that treats, meals and/or lodging be provided for the jurors in the above entitled case.

DATED this 7th day of October, 2019.

Dana L. Christensen, Chief Judge
United States District Court