UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN CICERO HUGHES,<br><br>Defendant. | CR-18-38-M-DLC<br><br>ORDER |

**IT IS HEREBY ORDERED** that the exhibits marked and admitted in the above entitled case are to be retrieved from the Clerk of Court's Office by counsel of record. Counsel are directed to retain custody of the exhibits until the case has been completely terminated, including appeal.

**IT IS FURTHER ORDERED** that counsel is responsible for retrieving said exhibits within the next 5 days. A receipt of the exhibits shall be signed and filed as part of the record.

DATED this 11th day of October, 2019.

*Dana L. Christensen*
Honorable Dana L. Christensen
Chief Judge United States District Court