IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
JAN 29 2020
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOHN CICERO HUGHES, Defendant. | CR 18–38–M–DLC<br><br>ORDER |

Before the Court is Defendant John Cicero Hughes's Unopposed Motion to Dismiss the Indictment in this Matter. (Doc. 137.) Hughes is now deceased, and his death "abates . . . all proceedings in the prosecution from its inception." *United States v. Oberlin*, 718 F.2d 894, 895 (9th Cir. 1983).

Accordingly, IT IS ORDERED that the motion (Doc. 137) is GRANTED. The Indictment in this matter is DISMISSED, and the sentencing hearing set for January 30, 2020 is VACATED.

DATED this 29th day of January, 2020.

Dana L. Christensen, Chief Judge
United States District Court